```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
 ABUBAKER ALI,

                           Plaintiff,                18-CV-02375 (JFK)(SN)

        -against-                                    ORDER


SEALIFF, INC. et al.,
                           Defendants.
----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

In light of recent public health developments, the settlement conference scheduled for Tuesday, April 7, 2020, at 10:00 a.m. will be conducted telephonically rather than in person. The Court will provide dial-in information by email before the conference. If any party is unavailable to participate by telephone conference, that party shall notify the Court and the conference will be adjourned.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 20, 2020
          New York, New York